UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    *Plaintiff*,

*vs*.

    Case No. 18-cr-205 (JPS)

ALVARO PEREZ-MORALES,

    *Defendant*.

**MOTION FOR ONE-DAY EXTENSION OF PLEA DEADLINE**

This Court granted the defense's unopposed motion to extend the plea deadline until January 2, 2018, given Mr. Perez-Morales and his counsel's work and holiday schedule. Today Mr. Perez-Morales' wife informed undersigned counsel that Mr. Perez-Morales was unable to take off of work for our scheduled meeting today. According to his wife, Mr. Perez-Morales employer issued a mandatory work schedule to employees for the rest of this week.

Mr. Perez-Morales works until 3:00 p.m. tomorrow and can meet with counsel immediately after to review the plea agreement, sign, and get it to the government by no later than 4:00 p.m.

For these reasons, Mr. Perez-Morales asks for a one-day extension of the plea agreement deadline.

*Federal Defender Services*
*of Wisconsin, Inc.*

Dated at Milwaukee, Wisconsin this 2nd day of January, 2019.

>Respectfully submitted,
>
>/s/      Gabriela A. Leija
>Gabriela A. Leija, WI Bar #1088023
>FEDERAL DEFENDER SERVICES
>  OF WISCONSIN, INC.
>517 E. Wisconsin Ave. - Rm 182
>Milwaukee, WI  53202
>Tel.: (414) 221-9900
>E-mail:  gabriela_leija@fd.org
>
>*Counsel for Defendant*,