# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>ALVARO PEREZ-MORALES,<br><br>Defendant. | Case No. 18-CR-205-JPS<br><br>**ORDER** |

On November 6, 2018, the grand jury returned an indictment against Defendant, charging him with two counts of drug possession with intent to distribute. (Docket #1). On January 3, 2019, the parties filed a plea agreement indicating that Defendant had agreed to plead guilty to Count Two of the indictment, the remaining count to be dismissed at sentencing. (Docket #11).

The parties appeared before Magistrate Judge David E. Jones on February 19, 2019 to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. (Docket #15 at 1). Defendant entered a plea of guilty as to Count Two of the indictment. *Id.* at 2. After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Jones determined that the guilty plea was knowing and voluntary, and that the offense charged was supported by an independent factual basis containing each of the essential elements of the offense. *Id.*

On February 20, 2019, Magistrate Jones filed a Report and Recommendation with this Court, recommending that: (1) Defendant's plea of guilty be accepted; (2) a presentence investigation report be prepared; and (3) Defendant be adjudicated guilty and have a sentence imposed

accordingly. *Id.* Pursuant to General Local Rule 72(c), 28 U.S.C. § 636(b)(1)(B), and Federal Rule of Criminal Procedure 59(b), the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation. *Id.* at 3. To date, no party has filed such an objection. The Court has considered Magistrate Jones' recommendation and, having received no objection thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge David E. Jones' Report and Recommendation (Docket #15) be and the same is hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 14th day of March, 2019.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge